IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GIOVANNI GARCIA,

Plaintiff,

v.

EL COMPADRE TRUCKS, INC.,
AND YUKARI MAKI,

Defendants.

CIVIL ACTION FILE
No.  1:15-cv-2518-TWT

JURY TRIAL DEMANDED

## ORDER

This matter having come before the Court on the parties' Oral Consent Motion for approval of the settlement of this FLSA overtime action, and the Court having considered the parties' Consent Motion and the settlement agreement, its hereby

**ORDERED** that the parties Consent Motion is **GRANTED**, the settlement is **APPROVED**, and this case is **DISMISSED WITH PREJUDICE.** As part of its oversight responsibility for FLSA cases,

1

the Court retains jurisdiction for the purpose of enforcing the settlement. The Clerk is **DIRECTED** to close this case.

SO ORDERED this _8_ day of February, 2016.


Thomas W. Thrash

THOMAS W. THRASH, JR.
CHIEF UNITED STATES DISTRICT JUDGE